UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARON A. MERCER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA DEPARTMENT )<br>OF TRANSPORTATION and NORTH )<br>CAROLINA DIVISION OF MOTOR )<br>VEHICLES, License and Theft Bureau, )<br>)<br>Defendants. ) | JUDGMENT<br><br>No. 5:09-CV-379-FL |

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' Motion for Summary Judgment and on the Memorandum and Recommendation of United States Magistrate Judge Robert B. Jones, Jr. Subsequent to the court's ruling as to this motion, the remaining claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding, and the jury rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on October 18, 2011, and Copies To:**

Angela Newell Gray (via CM/ECF Notice of Electronic Filing)
Christopher West Brooks (via CM/ECF Notice of Electronic Filing)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)
Neil Clark Dalton (via CM/ECF Notice of Electronic Filing)


October 18, 2011          DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk